```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES                  )
                               )
        v.                     )   CRIM. NO. 09-CR-10393-NMG
                               )
JORGE RAFAEL RIVERA-LOZADA,    )
                               )
                               )
                               )
            Defendant          )
                               )
```

### APPOINTED COUNSEL'S MOTION TO WITHDRAW
### AS DEFENDANT JORGE RAFAEL RIVERA-LOZADA'S ATTORNEY

Undersigned counsel for defendant Jorge Rafael Rivera-Lozada respectfully requests that the Court issue an order permitting her to withdraw as appointed counsel in this case.

In support of this motion, undersigned counsel states that on or about December 22, 2009, she was appointed to represent Mr. Lozada after the Court (Dein, CMJ) found him to be indigent. On July 26, 2010, Mr. Lozada contacted counsel by telephone and, through an interpreter, indicated that wished to have a different lawyer appointed to represent him.  Although undersigned counsel has provided him with zealous representation, Mr. Lozada has indicated on more than one occasion that he was not satisfied with defense efforts.  Under these circumstances, undersigned counsel respectfully requests that the Court speak with

Mr. Lozada directly and, if determined to be appropriate, allow her to withdraw and appoint substitute counsel as promptly as possible.

Dated:  July 26, 2010                    Respectfully submitted,
                                         JORGE RAFAEL RIVERA-LOZADA,
                                         By his attorney,


                                         *Debra A. DelVecchio*
                                         Debra A. DelVecchio
                                         B.B.O. No. 542139
                                         DEL VECCHIO & HOUSEMAN
                                         15 Front Street
                                         Salem, MA  01970
                                         (978) 740-5999


CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion to be served upon Assistant United States Attorney Theodore Heinrich and all other counsel of record by electronic filing with the United States District Court on this twenty-sixth day of July, 2010.

                                         *Debra A. DelVecchio*